```
                      United States Bankruptcy Court
                      Middle District of Pennsylvania
```

In re:                                                             Case No. 16-02194-MDF
Roger Allen Oswald                                                 Chapter 7
Rita L. Oswald
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1            User: JMiscevic            Page 1 of 1            Date Rcvd: Aug 29, 2016
                                Form ID: fnldecac          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2016.
db/jdb         Roger Allen Oswald,   Rita L. Oswald,   21 Bonniefield Cir,   Gettysburg, PA  17325-7826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2016                          Signature:  /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2016 at the address(es) listed below:
NONE.                                                                                          TOTAL: 0

fnldecac (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Roger Allen Oswald  
aka Roger A. Oswald  
21 Bonniefield Cir  
Gettysburg, PA 17325−7826  

Rita L. Oswald  
21 Bonniefield Cir  
Gettysburg, PA 17325−7826  

Chapter 7  
Case No. 1:16−bk−02194−MDF

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−6933  
xxx−xx−1571

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Lawrence V. Young (Trustee)**

is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: August 26, 2016

BY THE COURT  
By the Court,

*Mary D. France*

Honorable Mary D. France  
United States Bankruptcy Judge  
By: JMiscevich, Deputy Clerk